```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 60188
   MARIA I RIVERA
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7278

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 03/01/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.82% from remaining funds.

     The case was paid in full 11/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
JPMORGAN CHASE BANK/BANK   SECURED         5500.00         354.60        5500.00
JPMORGAN CHASE BANK/BANK   UNSECURED       1362.74            .00         460.89
ROUNDUP FUNDING LLC        UNSECURED       3553.55            .00        1201.82
ECAST SETTLEMENT CORP      UNSECURED       2982.93            .00        1008.83
CHICAGO MUNICIPAL EMPLOY   SECURED         5931.30         472.14        5931.30
CHICAGO MUNICIPAL EMPLOY   SECURED         4574.88         364.18        4574.88
LVNV FUNDING LLC           UNSECURED       6345.97            .00        2146.23
CITIBANK                   UNSECURED       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED       7996.48            .00        2704.43
ECAST SETTLEMENT CORP      UNSECURED      11365.05            .00        3843.69
CHARMING SHOPPES FASHION   UNSECURED       1728.97            .00         584.74
FINGERHUT                  UNSECURED       NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED       1950.18            .00         659.55
ECAST SETTLEMENT CORP      UNSECURED       4379.81            .00        1481.26
WARD/MBGA                  UNSECURED       NOT FILED          .00            .00
MARSHALL FIELDS            UNSECURED       2028.97            .00         686.20
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       5578.89            .00        1886.79
WHEELS OF CHICAGO          UNSECURED       NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        NOT FILED          .00            .00
AT&T WIRELESS              NOTICE ONLY     NOT FILED          .00            .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,594.00                      2,594.00
TOM VAUGHN                 TRUSTEE                                       2,424.47
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 38,880.00

PRIORITY                                         .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 60188 MARIA I RIVERA
```

```
SECURED                                                     16,006.18
    INTEREST                                                 1,190.92
UNSECURED                                                   16,664.43
ADMINISTRATIVE                                               2,594.00
TRUSTEE COMPENSATION                                         2,424.47
DEBTOR REFUND                                                     .00
                                     ---------------   ---------------
TOTALS                                     38,880.00         38,880.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/26/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```